In the Matter of the Petition of LOUISE BIERSACK, as General Guardian of FREDERICK W. KRUSE, an .Infant, Respondent, for the Judicial Settlement of the Account of LENA JOHNSON, as Administratrix, etc., of FREDERICK W. KRUSE, Deceased, Appellant.— Decree of the Surrogate's Court of

Kings county affirmed, with costs. No opinion. Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.